UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CORAL M. THOMPSON | : | |
| | : | |
| VS. | : | CIVIL ACTION NO. |
| | : | |
| ROBERTO MALDONADO and | : | |
| DAVID P. MARINELLI | : | SEPTEMBER 13, 2010 |

## C O M P L A I N T

1.  This is an action to redress the deprivation of rights secured to the plaintiff by the Constitution and laws of the United States and the State of Connecticut.

2.  Jurisdiction of this court is invoked under the provisions of Sections 1331, 1343(3) and 1367(a) of Title 28 and Sections 1983 and 1988 of Title 42 of the United States Code.

3.  The plaintiff is an adult who resides in Hartford, Connecticut.

4.  The defendants are officers in the Hartford Police Department.  They are sued only in their individual capacities.

5.  During all times mentioned in this Complaint, the defendants were acting under color of law, that is, under color of the constitution, statutes, laws, rules, regulations, customs and usages of the State of Connecticut.

6. At all times mentioned in this Complaint, the defendants acted jointly and in concert with each other.  Each defendant had the duty and the opportunity to protect the plaintiff from the unlawful actions of the other defendant but each defendant failed and refused to perform such duty, thereby proximately causing the injuries herein complained of.

7. On or about April 21, 2007, at 217 Franklin Avenue in Hartford, Connecticut, the defendants arrested the plaintiff without a warrant and charged her with Threatening in the Second Degree and Risk of Injury to a Minor.  At the time of the arrest, one of the defendants stated to the plaintiff: "You foreigners come here and think you can tell us what the laws are!"

8. The defendants then took the plaintiff into police custody, transported her to Hartford police headquarters, subjected her to fingerprinting, booking and processing, and prepared a false official Incident Report in which they falsely and maliciously accused the plaintiff of threatening to kill one or more other people. They caused the said report to be transmitted to the State's Attorney in Hartford for the purpose of bringing about the prosecution of the plaintiff on charges of which they knew she was innocent.

9. As a result, the plaintiff was prosecuted in the Superior Court on charges of two counts of threatening in the second degree, one count of risk of injury to a minor, and one count of breach of peace in the second degree; was

required to obtain the services of an attorney; and was required to appear in court on numerous occasions as an accused criminal.  As a further result, she suffered emotional distress and fear and economic losses so severe that she became homeless.

    10.  On May 13, 2008, Assistant State's Attorney Rob Diaz nolled all of the aforesaid false criminal charges because of the plaintiff's innocence.  The said charges were later dismissed and erased.

    11.  In the manner described above, the defendants subjected the plaintiff to false arrest and malicious prosecution in violation of the Fourth Amendment to the United States Constitution as enforced through Sections 1983 and 1988 of Title 42 of the United States Code.

    WHEREFORE, the plaintiff claims judgment against the defendants and each of them, jointly and severally, for compensatory damages, punitive damages, attorney fees and costs.

    ***The plaintiff claims trial by jury.***

        THE PLAINTIFF

BY:_____/s/_____
        JOHN R. WILLIAMS (ct00215)
        51 Elm Street
        New Haven, CT 06510
        203.562.9931
        Fax: 203.776.9494
        jrw@johnrwilliams.com
        Her Attorney